# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANDREW T SMITH

      Petitioner

  v.

                                          Civil Action No.  3:23-cv-297

SHERIFF,
Elkhart County Corrections Center

      Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED pursuant to Rule 4 of the Rules Governing Section 2254 Cases because the claim is procedurally defaulted. The Court DENIES petitioner, Andrew T. Smith a certificate of appealability pursuant to Section 2254 Habeas Corpus Rule 11.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R. Leichty as to the Petition for Writ of Habeas Corpus.

DATE: 5/26/2023                            CHANDA J. BERTA, CLERK OF COURT

                                                               by  s/A. Highlen_____
                                                               *Signature of Clerk or Deputy Clerk*